IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02050-CMA-KLM

JOSE MEDINA ESCOBAR,

 Plaintiff,

v.

MAJOR C. HOLDITCH,
SERGEANT ROBERTS,
SERGEANT HALSTEAD,
SERGEANT P. BINDER,
C/O CRIDER,
C/O FERGUSON,
C/O MARTIN,
C/O COOPER,
C/O K. VIALPONDO,
C/O ARCHULETA,
C/O A. LOMBARD,
SERGEANT POOL, and
LIEUTENANT T. CHAVEZ,

 Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on **Plaintiff's Motion for Leave to Amend His Complaint and Submit Additional Defendants** [Docket No. 14; Filed October 5, 2010] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a), a party may amend his pleading once without permission from the Court. As Plaintiff has not sought to amend his Complaint previously, he may amend his Complaint as a matter of course. Accordingly,

 IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk shall docket Plaintiff's Complaint [Docket No. 3] and Plaintiff's proposed amendment to it [Docket No. 14-1] as a single pleading titled "Amended Complaint."

IT IS FURTHER **ORDERED** that the served Defendants shall answer or otherwise respond to the Amended Complaint on or before **November 22, 2010**, the date that their response to Plaintiff's previous Complaint was due [Docket No. 11]. An order directing the U.S. Marshal to effect service on the new Defendants shall be issued forthwith.

IT IS FURTHER **ORDERED** that Plaintiff shall not attempt to amend his complaint in the future until case deadlines have been set.

Dated: October 7, 2010